UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMMY QUARLES,<br><br>              Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTURE,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No.  CV-06-0213-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

    On March 1, 2007, the parties filed a stipulation for the remand of the above captioned case to the Commissioner for further administrative proceedings.  (Ct. Rec. 15).  The parties did not consent to proceed before a magistrate judge in this matter.

    Now before the court is the magistrate judge's report and recommendation, entered on March 1, 2007, recommending the adoption of the parties' stipulation that this action be reversed, under sentence four of 42 U.S.C. § 405(g), with a remand to the Commissioner for additional proceedings.  (Ct. Rec. 16).

    Having reviewed the report and recommendation and the stipulation of the parties, **IT IS HEREBY ORDERED** that the report and recommendation, filed on March 1, 2007 (**Ct. Rec. 16**) is

ORDER - 1

**ADOPTED** in full.  The parties' Stipulation For Remand (**Ct. Rec. 15**) is **GRANTED** and this action is reversed and remanded to the Commissioner for additional proceedings consistent with the magistrate judge's March 1, 2007 report and recommendation. Judgment shall be entered for the **PLAINTIFF** and an application for attorney fees may be filed by separate motion.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to counsel and close the file.

**DATED** this   5th    day of March, 2007.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
              UNITED STATES DISTRICT JUDGE