**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

TOMMY QUARLES,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-06-0213-MWL

**JUDGMENT IN A CIVIL CASE**

### STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

### IT IS ORDERED AND ADJUDGED that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered for **Plaintiff**.

**FILE CLOSED.**

DATED this 5th day of March, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

by: s/ Alma R. Gonzalez
_____
ALMA R. GONZALEZ
Deputy Clerk

cc: all counsel